# NAGEL RICE, LLP
COUNSELLORS AT LAW

BRUCE H. NAGEL*
JAY J. RICE*
ROBERT H. SOLOMON
BARRY M. PACKIN
DIANE E. SAMMONS°
LORI I. MAYER°
RANDEE M. MATLOFF
ANDREW L. O'CONNOR

HARRY A. MARGOLIS
(1928-2002)

103 EISENHOWER PARKWAY
SUITE 103
ROSELAND, NEW JERSEY 07068
(973) 618-0400
FAX: (973) 618-9194
www.nagelrice.com

119 MAPLE AVENUE
RED BANK, NJ 07701
(732) 933-0900

**PLEASE REPLY TO**
**ROSELAND OFFICE**

230 PARK AVENUE
NEW YORK, NY 10169
(212) 551-1465

OF COUNSEL
CARLETON R. KEMPH°
HARRY J. CARR◊

GREG M. KOHN°
ANDREW I. PEPPER
ALEX J. BUCKLEY□

*CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY
°MEMBER OF NJ & NY BARS
◊MEMBER OF NJ & DC BARS
□MEMBER OF NJ & MD BARS

April 9, 2013

**(Via Electronic Filing)**
Hon. Dennis M. Cavanaugh, U.S.D.J.
Frank R. Lautenberg U.S.P.O. &
 Courthouse Building, Room 451
Federal Square, P.O. Box 999
Newark New Jersey 07101-0999

    **Re:** *Durso v. Samsung Electronics America, Inc.*
        **Civil Action No. 2:12-cv-05352-DMC-JAD**
        *Spera, et al v. Samsung Electronics America, Inc*
        **Civil Action No. 12-5412 (DMC)(JAD)**
        *Chowning et al v. Samsung Electronics America*
        **Civil Action No. 12-05440 (DMC)(MF)**

Dear Judge Cavanaugh:

    This firm represents the four named plaintiffs in the *Durso* class action involving defective washing machines manufactured by Samsung. We submit this letter pursuant to Local Civil Rule 7.1(d)(3) to request permission to file a short reply letter brief in response to the briefs filed by Samsung Electronics America opposing our cross motion to consolidate and Mr. Cecchi on behalf of the *Spera* and *Chowning* Plaintiffs opposing our cross motion to consolidate and appoint class counsel.

                        Very respectfully yours,

                        /S/ *BRUCE H. NAGEL*
                        BRUCE H. NAGEL

cc:  All Counsel of Record (Via ECF)